906

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE Respondent, against M. H. TREADWELL COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of STEVE SPORTELLI, Respondent, against LOUIS TROYAN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—